■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DAVID D. TAYLOR, Petitioner.— Application for writ of error *coram nobis* dismissed for failure of jurisdiction. Gibson, P. J., Herlihy, Reynolds, Taylor and Aulisi, JJ., concur.

■ In the Matter of WILLIAM F. HAHN, JR., as Surrogate of Schenectady County.— Application, pursuant to section 89 of the Judiciary Law for an order directing and authorizing the destruction of specified records, granted. Gibson, P. J., Herlihy, Reynolds, Taylor and Aulisi, JJ., concur.

## (February 8, 1965)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS F. BARRON, Appellant.— Motion, pursuant to section 524-a of the Code of Criminal Procedure for permission to file notice of appeal in Clerk's office of Albany County *nunc pro tunc* granted. Motion for extension of time to perfect appeal granted and time extended to March 1, 1965. Gibson, P. J., Reynolds, Taylor, Aulisi and Hamm, JJ., concur.